**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

GONZALO LEAL, JAVIER CECILIO,
ELEVI GONZALEZ, ANCELMO
HUERTA, CONSTANTINO MORALES,
ALEXANDER PEREZ, DARINEL
RAMIREZ

         **Plaintiffs,**

-vs-                                      Case No. 6:09-cv-717-Orl-28KRS

NO LIMIT CONSTRUCTION OF
CENTRAL FLORIDA, INC., JOHN H.
SMITH, JR.,

         **Defendants.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration after oral argument on the following motion filed herein:

> **MOTION:** **ATTORNEY FOR PLAINTIFFS, GONZALO LEAL, JAVIER CECILIO, ANCELMO HUERTA AND DARINEL RAMIREZ MOTION TO WITHDRAW AS COUNSEL (Doc. No. 17)**
>
> **FILED:** **August 21, 2009**

    Counsel for Plaintiffs, K.E. Pantas, Esq., and the Pantas Law Firm, P.A., seek an order authorizing them to withdraw as counsel of record for Plaintiffs Gonzalo Leal, Javier Cecilio, Ancelmo Huerta, and Darinel Ramirez. Doc. No. 17. Attorney Pantas asserts that his firm has not had any communications with Leal, Cecilio, Huerta, or Ramirez for several months, and that they

have failed to respond to any of the firm's correspondence, making it impossible to continue representing them in this case.

On August 7, 2009, Attorney Pantas provided Leal, Cecilio, Huerta, and Ramirez with notice of his intent to withdraw as their attorney via certified mail, return receipt requested, at their last known addresses. Doc. No. 17-2. On August 25, 2009, I entered an Order and Notice of Hearing ordering Leal, Cecilio, Huerta, and Ramirez to personally appear before the Court at the hearing on Pantas's motion to withdraw, and warning them that their failure to appear may result in the imposition of sanctions, including dismissal of their claims pursuant to Fed. R. Civ. P. 16(f). Doc. No. 18. That same day, Attorney Pantas provided Leal, Cecilio, Huerta, and Ramirez with a copy of the Order and Notice of Hearing via certified mail, return receipt requested, at their last known addresses. Doc. No. 19-2.

Leal, Cecilio, Huerta, and Ramirez failed to appear at the September 2, 2009 hearing. Attorney Pedro Malaret appeared on behalf of the Plaintiffs and informed the Court that the Pantas Law Firm never received any responses or return receipts from Leal, Cecilio, Huerta, or Ramirez, and that counsel had made every effort to try to contact them to no avail.

Based upon the foregoing, I respectfully recommend that the Court **GRANT** Attorney Pantas's motion to withdraw as counsel of record for Plaintiffs Gonzalo Leal, Javier Cecilio, Ancelmo Huerta, and Darinel Ramirez, and **DISMISS without prejudice** all claims brought by Plaintiffs Gonzalo Leal,

Javier Cecilio, Ancelmo Huerta, and Darinel Ramirez due to their abandonment of the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 3, 2009.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy