UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GONZALO LEAL, JAVIER CECILIO,
ELEVI GONZALEZ, ANCELMO HUERTA,
CONSTANTINO MORALES,
ALEXANDER PEREZ, DARINEL
RAMIREZ,

          Plaintiffs,

-vs-                                  Case No. 6:09-cv-717-Orl-28KRS

NO LIMIT CONSTRUCTION OF
CENTRAL FLORIDA, INC., JOHN H.
SMITH, JR.,

          Defendants.

## ORDER

This case is before the Court on Attorney for Plaintiffs, Gonzalo Leal, Javier Cecilio, Ancelmo Huerta and Darinel Ramirez, Motion to Withdraw as Counsel (Doc. No. 17) filed August 21, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 3, 2009 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Attorney for Plaintiffs, Gonzalo Leal, Javier Cecilio, Ancelmo Huerta and Darinel Ramirez, Motion to Withdraw as Counsel (Doc. No. 17) is **GRANTED.** K.E. Pantas and the Pantas Law Firm, P.A. are authorized to withdraw as counsel for Plaintiffs Gonzalo Leal, Javier Cecilio, Ancelmo Huerta , and Darinel Ramirez.

3. The claims brought by Plaintiffs Gonzalo Leal, Javier Cecilio, Ancelmo Huerta and Darinel Ramirez, are **DISMISSED without prejudice.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 23 day of September, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party